IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARCUS JOHNSON                                                                    PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 5:02cv576DCB

UNKNOWN SCOTT, DOUGLAS GRIFFIN,
DOLAN WALLER and ROBERT JOHNSON                                    DEFENDANTS

<u>ORDER</u>

Before the Court is plaintiff's motion for discovery  [document #19]  filed August 26,

2005.  Plaintiff, an inmate at the Wilkinson County Correctional Facility, Woodville,

Mississippi, filed this action pursuant to 42 U.S.C. § 1983 on September 9, 2002.  The Court

entered a final judgment that dismissed this action as frivolous on November 25, 2002.  Since

this civil action is no longer pending before this Court, the plaintiff's motion is not well taken

and will be denied.  Accordingly, it is hereby,

ORDERED that the plaintiff's motion for discovery [document #19] is **denied.**

THIS, the   9th   day of January, 2006.


_____ s/ David Bramlette _____
UNITED STATES DISTRICT JUDGE